1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     *jonathan.carlson@mccormickbarstow.com*
5  Renee M. Maxfield
   Nevada Bar No. 12814
6    *renee.maxfield@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for GEICO CASUALTY COMPANY
   and GEICO GENERAL INSURANCE
10 COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA PESQUERA, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; GEICO GENERAL INSURANCE COMPANY, a foreign corporation; and DOES I – X, inclusive, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00560-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS SECOND AND THIRD CLAIMS FOR RELIEF AND TO REMAND CASE** |

This Stipulation is entered into by and between Plaintiff Lisa Pesquera ("Plaintiff") and Defendants GEICO Casualty Company and GEICO General Insurance Company ("Defendants"), by and through their respective counsel of record.

Since the time of the Notice of Removal, the parties have agreed that Plaintiff's claims for "bad faith" and for "unfair practices in settling claims" will be dismissed without prejudice. The parties, acting by and through their respective attorneys of record, hereby agree and stipulate to the dismissal without prejudice of the Second and Third Claims for Relief ("the Extracontractual

Claims"). The parties request the Court enter an order dismissing without prejudice the Extracontractual Claims.

The parties, by their respective undersigned counsel, stipulate that this matter will be remanded to Clark County District Court since this Court will no longer maintain subject matter jurisdiction pursuant to 28 U.S.C. §1332, since the amount in controversy is less than $75,000.00.

The parties, by their respective undersigned counsel, agree that this Stipulation may be signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

Each party will bear their own costs and attorneys' fees incurred to date.

IT IS SO STIPULATED:

DATED this 13th day of April, 2018

                                LAW OFFICES OF ERIC R. BLANK

                                By      /s/ *David J. Martin*
                                      Eric R. Blank, Nevada Bar No. 6910
                                      David J. Martin, Nevada Bar No. 9117
                                      7860 West Sahara Avenue, Suite 110
                                      Las Vegas, Nevada 89117
                                      Tel. (702) 222-2115

                                      Attorneys for Plaintiff
                                      LISA PESQUERA

DATED this 13th day of April, 2018

                                McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH LLP

                                By      /s/ *Jonathan W. Carlson*
                                      Wade M. Hansard, Nevada Bar No. 8104
                                      Jonathan W. Carlson, Nevada Bar No. 10536
                                      Renee M. Maxfield, Nevada Bar No. 12814
                                      8337 West Sunset Road, Suite 350
                                      Las Vegas, Nevada 89113
                                      Tel. (702) 949-1100

                                      Attorneys for Defendants
                                      GEICO CASUALTY COMPANY and GEICO
                                      GENERAL INSURANCE COMPANY

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2                        2:18-cv-00560-JCM-VCF
STIPULATION AND ORDER TO DISMISS SECOND AND THIRD CLAIMS FOR RELIEF AND TO REMAND CASE

## ORDER

Having considered the Stipulation to Dismiss Plaintiff's Second and Third Claims for Relief without prejudice, and GOOD CAUSE appearing therefore, it is hereby ORDERED that Plaintiff's Second and Third Claims for relief are dismissed without prejudice.

IT IS ALSO ORDERED that this case is remanded since this Court no longer maintains jurisdiction pursuant to 28 U.S.C. §1332, since the amount in controversy is less than $75,000.00.

DATED this 17th day of April, 2018

By _____
UNITED STATES DISTRICT JUDGE

5083443.1